# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **REGINALD BROWN, ET AL** | **CASE NO. 3:22-CV-00787** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF MONROE, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed[1], and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 7] filed by Defendant Mayor Oliver Friday Ellis ("Mayor Ellis") is **GRANTED,** and all claims against Mayor Ellis in his individual capacity are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 13] filed by Louisiana State Police (the "LSP") is **GRANTED,** and all claims against the LSP are **DISMISSED WITHOUT PREJUDICE.**

**MONROE, LOUISIANA**, this 29th day of August 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] The Court also notes the absence of requests from Plaintiff to amend or extensions to effect service.